UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD R. FORD and JUNE FORD**                                              **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:06CV985 LTS-RHW**

**METLIFE AUTO & HOME INSURANCE AGENCY, INC.
and ECONOMY PREMIER ASSURANCE COMPANY**                  **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [2] of the plaintiffs to remand is **GRANTED;**

That this action is **REMANDED** to the Chancery Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 25th day of September, 2007.

                                                    s/ L. T. Senter, Jr.
                                                  L. T. SENTER, JR.
                                                  SENIOR JUDGE